11 CIV. 6614

Jo Anna Canzoneri, PRO SE
2266 McDonald Avenue,Brooklyn, New York 11223
342 North Atlantic Bouevard Alhambra California 91801
Plaintiffs Attorney IN PRO PER

UNITED STATES FEDERAL COURT

*300 Pearl Street*
*New York New York 10007*

PLAINTIFF:
Jo Anna Canzoneri,an individual,etal;
Jo Anna Canzoneri aka Jo Anna
Canzoneri McCormick,an individual,etal;
Jo Anna Canzoneri McCormick,an individual,etal;
John Does1-1000
Jane Does 1-1000

COMPLAINT

VS

CASE NUMBER
BREACH OF CONTRACT
DISCRIMINATION
NEGLIENANCE
FRAUD          *murder*
               *Quiet Tittle Action*

*Defendants*
*TRIBUNE, a business entity, etal.*
RICHARD ALLAN MCCORMICK,AN INDIVIDUAL,ETAL;
RICHARD ALLAN MCCORMICK,A BUSINESS ENTITY,ETAL;
ALLEN CHRISTOPHER MCCORMICK,AN INDIVIDUAL,ETAL;
ALLEN CHRISTOPHER MCCORMICK,A BUSINESS ENTITY;
MCCORMICK FAMILY TRUST,A BUSINESS ENTITY,ETAL;
ROCKEFELLER FAMILY TRUST,A BUSINESS ENTITY,ETAL;
HARVESTER TRUST,A BUSINESS ENTITY,ETAL;
STANDARD OIL TRUST,A BUSINESS ENTITY,ETAL;
MICROSOFT,A BUSINESS ENTITY,ETAL;
MICROSOFT CORPORATION,A BUSINESS ENTITY,ETAL;
MSN,A BUSINESS ENTITY,ETAL;
MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
MCCORMICK TRIBUNE FOUNDATION,A BUSINESS ENTITY,ETAL;
SAM ZELL,AN INDIVIDUAL,ETAL;
SAMUEL ZELL,AN INDIVIDUAL,ETAL;
TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE PUBLISHING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
WILLIAM MCCORMICK BLAIR,AN INDIVIDUAL,ETAL;
*State of California, a business entity, etal.*
*State of Illinois, a business entity, etal.*
*State of New York, a business entity, etal.*


RECEIVED
SEP - 6 2011
PRO SE OFFICE

**RICHARD A BEHRENHAUREN,AN INDIVIDUAL,ETAL;**
**CHARLES T. BRUMBACK,AN INDIVIDUAL,ETAL;**
**STANTON R. COOK, AN INDIVIDUAL,ETAL;**
**NEAL CREIGHTON,AN INDIVIDUAL,ETAL;**
**JAMES C. DOWDLE,AN INDIVIDUAL,ETAL;**
**JACK FULLER,AN INDIVIDUAL,ETAL;**
**NICHOLAS GOODBAN,AN INDIVIDUAL,ETAL;**
**JOHN W. MADIGAN,AN INDIVIDUAL,ETAL;**
**JOHN W. MADIGAN,AN INDIVIDUAL,ETAL;**
**LOUIS J. MARSICO,AN INDIVIDUAL,ETAL;**
**SAMUEL ZELL,AN INDIVIDUAL,ETAL;**
**JOSEPH RICKETT,AN INDIVIDUAL,ETAL;**
**GEORGE RICKETT,AN INDIVIDUAL,ETAL;**

Amelia Canzoneri, an individual, etal;
Joyce Teves, an individual, etal;

WILLIAM MCCORMICK BLAIR SR (SENIOR),AN INDIVIDUAL,ETAL;
WILLIAM BLAIR,AN INDIVIDUAL,ETAL;
WILLIAM MCCORMICK,AN INDIVIDUAL,ETAL;
BARBARA BLAIR,AN INDIVIDUAL,ETAL;
BARBARA MCCORMICK,AN INDIVIDUAL,ETAL;
JAY ROCKEFELLER,AN INDIVIDUAL,ETAL;
THOMAS MCCORMICK,AN INDIVIDUAL,ETAL;
RICHARD ALEN MCCORMICK,AN INDIVIDUAL,ETAL;
DENNIS MCCORMICK,AN INDIVIDUAL,ETAL;
DENNIS FITZSIMMONS,AN INDIVIDUAL,ETAL;
DENNIS MCCORMICK,AN INDIVIDUAL,ETAL;
DENNIS MCCORMICK FITZSIMMONS,AN INDIVIDUAL,ETAL;
MORGAN STANLEY,AN INDIVIDUAL,ETAL;
GEORGE ROCKEFELLER,AN INDIVIDUAL,ETAL;
MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
RICHARD ALLAN MCCORMICK,AN INDIVIDUAL,ETAL;
RICHARD ALLEN MCCORMICK,AN INDIVIDUAL,ETAL;
ALLEN CHRISTOPHER MCCORMICK,AN INDIVIDUAL,ETAL;
WILLIAM MCCORMICK,AN INDIVIDUAL,ETAL;
CHARLES WILLIAM MCCORMICK,AN INDIVIDUAL,ETAL;
CHARLES MCCORMICK,AN INDIVIDUAL,ETAL;
CYPRUS HALL MCCORMICK,AN INDIVIDUAL,ETAL;
CYPRUS HALL MCCORMICK I,AN INDIVIDUAL,ETAL;
CYPRUS HALL MCCORMICK II,AN INDIVIDUAL,ETAL;
CYPRUS HALL MCCORMICK III,AN INDIVIDUAL,ETAL;
ROBERT HALL MCCORMICK,AN INDIVIDUAL,ETAL;
WILLIAM SANDERSON MCCORMICK,AN INDIVIDUAL,ETAL;
BROOKS MCCORMICK SENIOR (SR),AN INDIVIDUAL,ETAL;
BROOKS MCCORMICK JUNIOR (JR),AN INDIVIDUAL,ETAL;
JEFFREY CHANDLER,AN INDIVIDUAL,ETAL;
WILLIAM BLAIR AND COMPANY,A BUSINESS ENTITY,ETAL;
CAT,A BUSINESS ENTITY,ETAL;
CATAPILLAR,A BUSINESS ENTITY,ETAL;
DENIS MCCORMICK,AN INDIVIDUAL,ETAL;
NATIONAL BROADCASTING COMPANY,A BUSINESS ENTITY,ETAL;
AMERICAN BROADCASTING COMPANY,A BUSINESS ENTITY,ETAL;
ABC,A BUSINESS ENTITY,ETAL;
GEORGE MORGAN,AN INDIVIDUAL,ETAL;
CHASE,A BUSINESS ENTITY,ETAL;
SANDERSON MCCORMICK,AN INDIVIDUAL,ETAL;
ROBERT RUTHERFORD MCCORMICK,AN INDIVIDUAL,ETAL;
COLONEL ROBERT RUTHERFORD MCCORMICK,AN INDIVIDUAL,ETAL;
ROBERT RUTHERFORD MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
ROBERT R. MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
COLONEL MCCORMICK,AN INDIVIDUAL,ETAL;

RICHARD A. BEHRENHAUSEN,AN INDIVIDUAL,ETAL;
DENNIS J. FITZSIMMONS,AN INDIVIDUAL,ETAL;
DENNIS J. FITZSIMMONS AKA DENNIS J MCCORMICK,AN INDIVIDUAL,ETAL;
DONALD C GRENESKO,AN INDIVIDUAL,ETAL;
CRANE H KENNEY,AN INDIVIDUAL,ETAL;
THOMAS D LEACH,AN INDIVIDUAL,ETAL;
TIMOTHY J LANDON,AN INDIVIDUAL,ETAL;
LUIS E LEWIN,AN INDIVIDUAL,ETAL;
RUTHELLYN MUSIL,AN INDIVIDUAL,ETAL;
JOHN E. REARDON,AN INDIVIDUAL,ETAL;
SCOTT SMITH,AN INDIVIDUAL,ETAL;
ENRIQUE HERNANDEZ JR,AN INDIVIDUAL,ETAL;
BETSY D HOLEN,AN INDIVIDUAL,ETAL;
ROBERT S MORRISON,AN INDIVIDUAL,ETAL;
WILLIAM A OSBORN,AN INDIVIDUAL,ETAL;
DUDLEY S TAFT,AN INDIVIDUAL,ETAL;
SAMUEL ZELL,AN INDIVIDUAL,ETAL;
J. CHRISTOPHER REYES,AN INDIVIDUAL,ETAL;
DUDLEY S TAFT,AN INDIVIDUAL,ETAL;
MILES D WHITE,AN INDIVIDUAL,ETAL;
JEFFREY CHANDLER,AN INDIVIDUAL,ETAL;
ROGER GOODAN,AN INDIVIDUAL,ETAL;
WILLIAM STINEHART,AN INDIVIDUAL,ETAL;
TIMES MIRROR COMPANY,A BUSINESS ENTITY,ETAL;
GOLDMAN SACHS AND COMPANY,A BUSINESS ENTITY,ETAL;
ABBOTT LABORATORIES,A BUSINESS ENTITY,ETAL;
MICROSOFT,A BUSINESS ENTITY,ETAL;
TRIBUNE TOWER,A BUSINESS ENTITY,ETAL;
MCCORMICK MUSEUM,A BUSINESS ENTITY,ETAL;
TRB,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE PUBLISHING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING,A BUSINESS ENTITY,ETAL;
WGNX-TV,A BUSINESS ENTITY,ETAL;
KTLA-TV,A BUSINESS ENTITY,ETAL;
DAILY PRESS,A BUSINESS ENTITY,ETAL;
AMERICA ONLINE,A BUSINESS ENTITY,ETAL;
WPHL-TV,A BUSINESS ENTITY,ETAL;
CHICAGO ONLINE,A BUSINESS ENTITY,ETAL;
CLTV CABLE,A BUSINESS ENTITY,ETAL;
WLVI-TV,A BUSINESS ENTITY,ETAL;
WB TELEVISION NETWORK,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA CENTER,A BUSINESS ENTITY,ETAL;
CAREER FINDER,A BUSINESS ENTITY,ETAL;
THE SUN,A BUSINESS ENTITY,ETAL;

KHWB-TV,A BUSINESS ENTITY,ETAL;
KSWP-TV,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE,A BUSINESS ENTITY,ETAL;
KNIGHT RIDDER,A BUSINESS ENTITY,ETAL;
TIMES MIRROR COMPANY,A BUSINESS ENTITY,ETAL;
RENAISSANCE COMMUNICATIONS,A BUSINESS ENTITY,ETAL;
CENTRAL FLORIDA NEWS 13,A BUSINESS ENTITY,ETAL;
METROMIX.COM,A BUSINESS ENTITY,ETAL;
EARTHFINAL CONFLICT,A BUSINESS ENTITY,ETAL;
DTV STATION,A BUSINESS ENTITY,ETAL;
KTLA DT,A BUSINESS ENTITY,ETAL;
WGNX-TV,A BUSINESS ENTITY,ETAL;
KCPQ-TV,A BUSINESS ENTITY,ETAL;
TRIBUNE INTERACTIVE INC,A BUSINESS ENTITY,ETAL;
WATL-TV,A BUSINESS ENTITY,ETAL;
WNOL-TV,A BUSINESS ENTITY,ETAL;
TUBE MUSIC NETWORK,A BUSINESS ENTITY,ETAL;
FORSALE BY OWNER.COM,A BUSINESS ENTITY,ETAL;
SHOPLOCAL.COM,A BUSINESS ENTITY,ETAL;
TOPIX.NET,A BUSINESS ENTITY,ETAL;
AMNEW YORK,A BUSINESS ENTITY,ETAL;
6 FOX,A BUSINESS ENTITY,ETAL;
FOX,A BUSINESS ENTITY,ETAL;
FOX 5 (FIVE),A BUSINESS ENTITY,ETAL;
CW AFFILIATES,A BUSINESS ENTITY,ETAL;
2 MYNETWORK,A BUSINESS ENTITY,ETAL;
ABC,A BUSINESS ENTITY,ETAL;
WGN,A BUSINESS ENTITY,ETAL;
MY NETWORK,A BUSINESS ENTITY,ETAL;
1 (ONE) ABC,A BUSINESS ENTITY,ETAL;
ABC ,A BUSINESS ENTITY,ETAL;
KTWB-TV,A BUSINESS ENTITY,ETAL;
WXMI-TV,A BUSINESS ENTITY,ETAL;
WTXX-TV,A BUSINESS ENTITY,ETAL;
KTLA DT,A BUSINESS ENTITY,ETAL;
WBDC-TV,A BUSINESS ENTITY,ETAL;
WEWB-TV,A BUSINESS ENTITY,ETAL;
WGNX-TV,A BUSINESS ENTITY,ETAL;
KCPQ-TV,A BUSINESS ENTITY,ETAL;
TRIBUNE INTERACTIVE,A BUSINESS ENTITY,ETAL;
WATL-TV,A BUSINESS ENTITY,ETAL;
WNOL-TV,A BUSINESS ENTITY,ETAL;
THE SUN,A BUSINESS ENTITY,ETAL;
NEWSDAY,A BUSINESS ENTITY,ETAL;
THE MORNING CALL,A BUSINESS ENTITY,ETAL;
HARTFORD COURANT,A BUSINESS ENTITY,ETAL;

GREENWICH TIME,A BUSINESS ENTITY,ETAL;
THE ADVOCATE,A BUSINESS ENTITY,ETAL;
TRIBUNE EDUCATION,A BUSINESS ENTITY,ETAL;
COMPUTERSHARE,A BUSINESS ENTITY,ETAL;
CHICAGO SPORTS.COM,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA NET,A BUSINESS ENTITY,ETAL;
ANDROMEDA,A BUSINESS ENTITY,ETAL;
EL SENTINEL,A BUSINESS ENTITY,ETAL;
HEADHUNTER.NET,A BUSINESS ENTITY,ETAL;
MUTANT X,A BUSINESS ENTITY,ETAL;
WTTV-TV,A BUSINESS ENTITY,ETAL;
SUN SENTINEL,A BUSINESS ENTITY,ETAL;
ADVENTURE INC,A BUSINESS ENTITY,ETAL;
REDEYE EDITION,A BUSINESS ENTITY,ETAL;
LASKER FOUNDATION,A BUSINESS ENTITY,ETAL;
KPLR-TV,A BUSINESS ENTITY,ETAL;
KWBP-TV,A BUSINESS ENTITY,ETAL;
ANNEW YORK,A BUSINESS ENTITY,ETAL;
CROSS MEDIA SERVICES,A BUSINESS ENTITY,ETAL;
SHOPLOCAL.COM,A BUSINESS ENTITY,ETAL;
TOPIX.NET,A BUSINESS ENTITY,ETAL;
THE C W NETWORK,A BUSINESS ENTITY,ETAL;
MC,A BUSINESS ENTITY,ETAL;
MCCORMICK,A BUSINESS ENTITY,ETAL;
MC MCCORMICK ,A BUSINESS ENTITY,ETAL;
WPIX - New York,A BUSINESS ENTITY,ETAL;
KTLA - Los Angeles,A BUSINESS ENTITY,ETAL;
WGN – Chicago,A BUSINESS ENTITY,ETAL;
WPHL – Philadelphia,A BUSINESS ENTITY,ETAL;
WLVI - Boston ,A BUSINESS ENTITY,ETAL;
KDAF – Dallas,A BUSINESS ENTITY,ETAL;
WATL – Atlanta,A BUSINESS ENTITY,ETAL;
KHWB – Houston,A BUSINESS ENTITY,ETAL;
KCPQ – Seattle,A BUSINESS ENTITY,ETAL;
KTWB – Seattle,A BUSINESS ENTITY,ETAL;
WBZL - Miami - Ft. Lauderdale,A BUSINESS ENTITY,ETAL;
KWGN – Denver,A BUSINESS ENTITY,ETAL;
KTXL – Sacramento,A BUSINESS ENTITY,ETAL;
WXIN – Indianapolis,A BUSINESS ENTITY,ETAL;
WTTV – Indianapolis,A BUSINESS ENTITY,ETAL;
KSWB - San Diego,A BUSINESS ENTITY,ETAL;
WTIC - Hartford/New Haven,A BUSINESS ENTITY,ETAL;
WTXX- Hartford,A BUSINESS ENTITY,ETAL;
WXMI - Grand Rapids,A BUSINESS ENTITY,ETAL;
WGNO - New Orleans,A BUSINESS ENTITY,ETAL;
WNOL - New Orleans,A BUSINESS ENTITY,ETAL;

WPMT – Harrisburg,A BUSINESS ENTITY,ETAL;
WBDC – Washington,A BUSINESS ENTITY,ETAL;
WEWB – Albany,A BUSINESS ENTITY,ETAL;
KPLR - St. Louis,A BUSINESS ENTITY,ETAL;
KWBP – Portland,A BUSINESS ENTITY,ETAL;
WB Network (partial stake),A BUSINESS ENTITY,ETAL;
Tribune Entertainment,A BUSINESS ENTITY,ETAL;
Cable,A BUSINESS ENTITY,ETAL;
WGN,A BUSINESS ENTITY,ETAL;
Chicago Land Television,A BUSINESS ENTITY,ETAL;
Central Florida News 13,A BUSINESS ENTITY,ETAL;
Radio,A BUSINESS ENTITY,ETAL;
WGN - AM (Chicago),A BUSINESS ENTITY,ETAL;
Newspapers,A BUSINESS ENTITY,ETAL;
Newsday (Long Island, NY),A BUSINESS ENTITY,ETAL;
Los Angeles Times,A BUSINESS ENTITY,ETAL;
Chicago Tribune,A BUSINESS ENTITY,ETAL;
Baltimore Sun ,A BUSINESS ENTITY,ETAL;
South Florida Sun-Sentinel,A BUSINESS ENTITY,ETAL;
Orlando Sentinel,A BUSINESS ENTITY,ETAL;
The Hartford Courant,A BUSINESS ENTITY,ETAL;
The Morning Call (Allentown, PA),A BUSINESS ENTITY,ETAL;
Daily Press (Hampton Roads, VA),A BUSINESS ENTITY,ETAL;
The Advocate (Stamford, CT),A BUSINESS ENTITY,ETAL;
Greenwich Time (CT),A BUSINESS ENTITY,ETAL;
Hoy (Chicago),A BUSINESS ENTITY,ETAL;
Hoy (New York),A BUSINESS ENTITY,ETAL;
El Sentinel (Orlando),A BUSINESS ENTITY,ETAL;
Chicago Cubs,A BUSINESS ENTITY,ETAL;
Tribune Media Services,A BUSINESS ENTITY,ETAL;
Classified Ventures (partial),A BUSINESS ENTITY,ETAL;
Brass Ring,A BUSINESS ENTITY,ETAL;
Zap 2 It,A BUSINESS ENTITY,ETAL;
BlackVoices.com,A BUSINESS ENTITY,ETAL;
Chicago magazine,A BUSINESS ENTITY,ETAL;
MCCORMICK AND COMPANY,A BUSINESS ENTITY,ETAL;
KERR COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK REAL ESTATE PROPERTIES,A BUSINESS ENTITY,ETAL;
MCCORMICK REAPER,A BUSINESS ENTITY,ETAL;
INTERNATIONAL HARVESTER COMPANY,A BUSINESS ENTITY,ETAL;
ALEVE,A BUSINESS ENTITY,ETAL;
CHICAGO BEARS,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE FOUNDATION,A BUSINESS ENTITY,ETAL;
CHICAGE NEWSPAPER,A BUSINESS ENTITY,ETAL;
TIMES MIRROR,A BUSINESS ENTITY,ETAL;
LOS ANGELES TIMES,A BUSINESS ENTITY,ETAL;

CHICAGO MANSION,A BUSINESS ENTITY,ETAL;
VIRGINIA FARM,A BUSINESS ENTITY,ETAL;
ROCKEFELLER FOUNDATION,A BUSINESS ENTITY,ETAL;
SOUTHERN PACIFIC RAILROAD,A BUSINESS ENTITY,ETAL;
SANTA FE RAILROAD,A BUSINESS ENTITY,ETAL;
STANDARD OIL CORPORATION,A BUSINESS ENTITY,ETAL;
GETTY OIL CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC RAILROAD,A BUSINESS ENTITY,ETAL;
EXXON OIL CORPORATION,A BUSINESS ENTITY,ETAL;
CHEVON OIL CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK AND DEERING COMPANY,A BUSINESS ENTITY,ETAL;
ROCKEFELLER PLAZA CENTER,A BUSINESS ENTITY,ETAL;
SUPERSTATION WGN,A BUSINESS ENTITY,ETAL;
WGN-AM CHICAGO,A BUSINESS ENTITY,ETAL;
WPIX-TV (CW) NEW YORK,A BUSINESS ENTITY,ETAL;
KTLA-TV (WB) LOS ANGELES,A BUSINESS ENTITY,ETAL;
WGN-TV (WB) CHICAGO,A BUSINESS ENTITY,ETAL;
CLTV CHICAGOLAND TELEVISION 24-HOUR NEWS,A BUSINESS ENTITY,ETAL;
WPHL-TV (MY) PHILADELPHIA,A BUSINESS ENTITY,ETAL;
WLVI-TV (CW) BOSTON,A BUSINESS ENTITY,ETAL;
KDAF-TV (CW) DALLAS,A BUSINESS ENTITY,ETAL;
WDCW-TV (CW) WASHINGTON DC,A BUSINESS ENTITY,ETAL;
KHCW-TV (CW) HOUSTON,A BUSINESS ENTITY,ETAL;
KCPQ-TV (FOX) SEATTLE,A BUSINESS ENTITY,ETAL;
KMYQ-TV (MY) SEATTLE,A BUSINESS ENTITY,ETAL;
WSFL-TV (CW) SOUTH FLORIDA,A BUSINESS ENTITY,ETAL;
KWGN-TV (CW) DENVER,A BUSINESS ENTITY,ETAL;
KTXL-TV (FOX) SACRAMENTO,A BUSINESS ENTITY,ETAL;
KPLR-TV (CW) ST. LOUIS,A BUSINESS ENTITY,ETAL;
KRCW-TV (CW) PORTLAND,A BUSINESS ENTITY,ETAL;
WXIN-TV (FOX) INDIANAPOLIS,A BUSINESS ENTITY,ETAL;
WTTV-TV (CW) INDIANAPOLIS,A BUSINESS ENTITY,ETAL;
KSWB-TV (CW) SAN DIEGO,A BUSINESS ENTITY,ETAL;
WTIC-TV (FOX) HARTFORD,A BUSINESS ENTITY,ETAL;
WTXX-TV (CW) HARTFORD,A BUSINESS ENTITY,ETAL;
WXMI=TV (FOX) GRAND RAPIDS,A BUSINESS ENTITY,ETAL;
WGNO-TV (ABC) NEW ORLEANS,A BUSINESS ENTITY,ETAL;
WNOL-TV (CW) NEW ORLEANS,A BUSINESS ENTITY,ETAL;
WPMT-TV (FOX) HARRISBURG,A BUSINESS ENTITY,ETAL;
WCWN-TV (CW) ALBANY,A BUSINESS ENTITY,ETAL;
TRIBUNE STUDIOS,A BUSINESS ENTITY,ETAL;
TRIBUNE ENTERAINMENT,A BUSINESS ENTITY,ETAL;
DAILY NEWSPAPERS,A BUSINESS ENTITY,ETAL;
LOS ANGELES TIMES DBA LOS ANGELES TIMES MIRROR DBA LOS ANGELES TIMES,A
BUSINESS ENTITY,ETAL;

CHICAGO TRIBUNE,A BUSINESS ENTITY,ETAL;
THE SUN,A BUSINESS ENTITY,ETAL;
SOUTH FLORIDA SUN-SENTINEL,A BUSINESS ENTITY,ETAL;
ORLANDO SENTINEL,A BUSINESS ENTITY,ETAL;
THE HARTFORD COURANT,A BUSINESS ENTITY,ETAL;
THE MORNING CALL,A BUSINESS ENTITY,ETAL;
 DAILY PRESS,A BUSINESS ENTITY,ETAL;
THE ADVOCATE,A BUSINESS ENTITY,ETAL;
GREENWICH TIME,A BUSINESS ENTITY,ETAL;
HOY,A BUSINESS ENTITY,ETAL;
EL SENTINEL – ORLANDO,A BUSINESS ENTITY,ETAL;
EL SENTINEL - SOUTH FLORIDA,A BUSINESS ENTITY,ETAL;
CAREERBUILDER,A BUSINESS ENTITY,ETAL;
APARTMENTS.COM,A BUSINESS ENTITY,ETAL;
CARS.COM,A BUSINESS ENTITY,ETAL;
NEW HOME NETWORK,A BUSINESS ENTITY,ETAL;
HOMESCAPE,A BUSINESS ENTITY,ETAL;
CALENDAR LIVE,A BUSINESS ENTITY,ETAL;
METROMIX,A BUSINESS ENTITY,ETAL;
SHOWTIME INTERACTIVE,A BUSINESS ENTITY,ETAL;
SOUTHFLORIDA.COM,A BUSINESS ENTITY,ETAL;
CTNOW.COM,A BUSINESS ENTITY,ETAL;
MERGE DIGITAL 7 CITIES,A BUSINESS ENTITY,ETAL;
CHICAGO SPORTS,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA SERVICES,A BUSINESS ENTITY,ETAL;
TMS ENTERTAINMENT PRODUCTS,A BUSINESS ENTITY,ETAL;
TMS SYNDICATED PRODUCTS,A BUSINESS ENTITY,ETAL;
ZAP 2 IT,A BUSINESS ENTITY,ETAL;
TRIBUNE DIRECT,A BUSINESS ENTITY,ETAL;
CHICAGO MAGAZINE,A BUSINESS ENTITY,ETAL;
CHICAGO CUBS,A BUSINESS ENTITY,ETAL;
AmNEWYORK,A BUSINESS ENTITY,ETAL;
CLASSIFIED VENTURES,A BUSINESS ENTITY,ETAL;
BRASS RING,A BUSINESS ENTITY,ETAL;
MCCORMICK GROUP,A BUSINESS ENTITY,ETAL;
KETCHUP,A BUSINESS ENTITY,ETAL;
HUNTINGTON,A BUSINESS ENTITY,ETAL;
HUNTINGTON,AN INDIVIDUAL,ETAL;
HUNTINGTON LIBRARY,A BUSINESS ENTITY,ETAL;
HUNTINGTON FOUNDATION,A BUSINESS ENTITY,ETAL;
HUNTINGTON PAVILION,A BUSINESS ENTITY,ETAL;
HUNTINGTON-HILL BREAST CANCER,A BUSINESS ENTITY,ETAL;
HUNTINGTON COLLECTIONS,A BUSINESS ENTITY,ETAL;
SAINT JAMES FARM,A BUSINESS ENTITY,ETAL;
CHICAGO MANISON,A BUSINESS ENTITY,ETAL

VIRGINIA FARM,A BUSINESS ENTITY,ETAL;
CROCKER,A BUSINESS ENTITY,ETAL;
CROCKER,AN INDIVIDUAL,ETAL;
STANFORD,A BUSINESS ENTITY,ETAL;
STANFORD,AN INDIVIDUAL,ETAL;
NBC,A BUSINESS ENTITY,ETAL;
TRIBUNE,A BUSINESS ENTITY,ETAL;
DENIS MCCORMICK,AN INDIVIDUAL,ETAL;
DENIS (MCCORMICK) FITZSIMONS,AN INDIVIDUAL,ETAL;
DENIS (MCCORMICK) FITZSIMONS,A BUSINESS ENTITY,ETAL;
HARVESTER TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK STREET HOLDINGS,A BUSINESS ENTITY,ETAL;
MCCORMICK DISTRIBING COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK AND SCHMICK,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY REVOCABLE TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY REVOCABLE LIVING TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK HOLDINGS,A BUSINESS ENTITY,ETAL;
MCCORMICK INCORPORATED,A BUSINESS ENTITY,ETAL;
MCCORMICK INVESTORS,A BUSINESS ENTITY,ETAL;
MCCORMICK OWENS DEVELOPMENT,A BUSINESS ENTITY,ETAL;
MCCORMICK PIER,A BUSINESS ENTITY,ETAL;
MCCORMICK TRUST,A BUSINESS ENTITY,ETAL;
HARVESTER OIL AND GAS COMPANY,A BUSINESS ENTITY,ETAL;
HARVESTER ACQUISITION CORPORATION,A BUSINESS ENTITY,ETAL;
HARVESTER AND PRODUCER COMPANY,A BUSINESS ENTITY,ETAL;
KETCHUP AND MUSTARD COMPANY,A BUSINESS ENTITY,ETAL;
KETCHUP,A BUSINESS ENTITY,ETAL;
TRIBUNE CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK TRIBUNE FOUNDATION,A BUSINESS ENTITY,ETAL;
MCCORMICK FOUNDATION,A BUSINESS ENTITY,ETAL;
TRIBUNE,A BUSINESS ENTITY,ETAL;
CHICAGO BEARS,A BUSINESS ENTITY,ETAL;
CHICAGO CUBS (CUBS),A BUSINESS ENTITY,ETAL;
CUBS,A BUSINESS ENTITY,ETAL;
TRIBUNE,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF ALEXANDRIA,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF ARIZONA,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF MARYLAND,A BUSINESS ENTITY,ETAL;
TRIBUNE COMPANY CABLE OF MICHIGAN,A BUSINESS ENTITY,ETAL;
THE TRIBUNE COMPANY HOLDINGS,A BUSINESS ENTITY,ETAL;
TRIBUNE NATIONAL MARKETING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE NETWORK HOLDINGS,A BUSINESS ENTITY,ETAL;
TRIBUNE NEW YORK NEWSPAPER HOLDING,A BUSINESS ENTITY,ETAL;

TRIBUNE OIL CORPORATION,A BUSINESS ENTITY,ETAL;
TRIBUNE PRODUCTIONS,A BUSINESS ENTITY,ETAL;
TRIBUNE PROPERTIES,A BUSINESS ENTITY,ETAL;
TRIBUNE PUBLISHING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE RECEIVABLES,A BUSINESS ENTITY,ETAL;
TRIBUNE REGIONAL PROGRAMMING,A BUSINESS ENTITY,ETAL;
TRIBUNE SERVICES,A BUSINESS ENTITY,ETAL;
TRIBUNE SPORTS NETWORK HOLDINJG,A BUSINESS ENTITY,ETAL;
BROOKS MCCORMICK JUNIOR(JR),AN INDIVIDUAL,ETAL;
TRIBUNE ACQUISITION CORPORATION,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCAST HOLDING,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING HOLD COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE BROADCASTING NEWS NETWORK,A BUSINESS ENTITY,ETAL;
TRIBUNE BUILDING CORPORATION ,A BUSINESS ENTITY,ETAL;
TRIBUNE CABLE COMMUNICATIONS,A BUSINESS ENTITY,ETAL;
TRIBUNE CABLE COMMUNICATIONS OF OREGON,A BUSINESS ENTITY,ETAL;
TRIBUNE CABLE OF LOS ANGELES,A BUSINESS ENTITY,ETAL;
TRIBUNE CABLEVISION COMPANY,A BUSINESS ENTITY,ETAL;
TRIBUNE CALIFORNIA PROPERTIES ,A BUSINESS ENTITY,ETAL;
TRIBUNE CLASSIFIEDS,A BUSINESS ENTITY,ETAL;
TRIBUNE DENVER RADIO,A BUSINESS ENTITY,ETAL;
TRIBUNE DIRECT MARKETING ,A BUSINESS ENTITY,ETAL;
TRIBUNE EMPLOYEE LEASE,A BUSINESS ENTITY,ETAL;
TRIBUNE ENTERTAINMENT,A BUSINESS ENTITY,ETAL;
TRIBUNE ENTERTAINMENT PRODUCTION ,A BUSINESS ENTITY,ETAL;
TRIBUNE FINANCE,A BUSINESS ENTITY,ETAL;
TRIBUNE FINANCE SERVICE CENTER,A BUSINESS ENTITY,ETAL;
TRIBUNE (FN) CABLE VENTURES,A BUSINESS ENTITY,ETAL;
TRIBUNE GLOBAL,A BUSINESS ENTITY,ETAL;
TRIBUNE GROUP,A BUSINESS ENTITY,ETAL;
TRIBUNE HOLDING GROUP,A BUSINESS ENTITY,ETAL;
TRIBUNE INTERACTIVE,A BUSINESS ENTITY,ETAL;
TRIBUNE INTERNATIONAL,A BUSINESS ENTITY,ETAL;
TRIBUNE LICENSE,A BUSINESS ENTITY,ETAL;
TRIBUNE LOS ANGELES,A BUSINESS ENTITY,ETAL;
TRIBUNE MANHATTAN NEWSPAPER HOLDINGS,A BUSINESS ENTITY,ETAL;
TRIBUNE MARKETING CORPORATION,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA NET ,A BUSINESS ENTITY,ETAL;
TRIBUNE MEDIA SERVICES ,A BUSINESS ENTITY,ETAL;
CALIFORNIA PROPERTIES,A BUSINESS ENTITY,ETAL;
CLASSIFIEDS,A BUSINESS ENTITY,ETAL;
DENVER RADIO,A BUSINESS ENTITY,ETAL;
DIRECT MARKETING,A BUSINESS ENTITY,ETAL;
UNION PACIFIC,A BUSINESS ENTITY,ETAL;
UNION PACIFIC INTERNATIONAL PETROLEUM,A BUSINESS ENTITY,ETAL;

UNION PACIFIC MERGER,A BUSINESS ENTITY,ETAL;
UNION PACIFIC MOTOR FREIGHT,A BUSINESS ENTITY,ETAL;
UNION PACIFIC OIL AND GAS EXPLORATION AND PRODUCTION,A BUSINESS
ENTITY,ETAL;
UNION PACIFIC  PETROLEUM NEDERLANDS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC PETROLEUM NEDERLANDS HOLDINGS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC  PICTURES,A BUSINESS ENTITY,ETAL;
UNION PACIFIC RAILROAD,A BUSINESS ENTITY,ETAL;
UNION PACIFIC  RECEIVABLES,A BUSINESS ENTITY,ETAL;
UNION PACIFIC TECHNOLOGIES,A BUSINESS ENTITY,ETAL;
UNION PACIFIC  TECHNOLOGIES TRANSPORTATION SYSTEMS,A BUSINESS
ENTITY,ETAL;
UNION PACIFIC TELEPHONE COMPANY,A BUSINESS ENTITY,ETAL;
UNION PACIFIC  TEXAS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC VENTURE LEASING,A BUSINESS ENTITY,ETAL;
UNION PACIFIC CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC BASEBALL,A BUSINESS ENTITY,ETAL;
UNION PACIFIC ENTERPRISES,A BUSINESS ENTITY,ETAL;
UNION PACIFIC CAPITAL TRUST,A BUSINESS ENTITY,ETAL;
UNION PACIFIC  COMMUNICATIONS CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC COMPANY,A BUSINESS ENTITY,ETAL;
UNION PACIFIC CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC DEBT CONSULTANTS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC DISTRIBUTION SERVICES ,A BUSINESS ENTITY,ETAL;
UNION PACIFIC FINANCE COMPANY,A BUSINESS ENTITY,ETAL;
UNION PACIFIC FINANCE CORPORATION,A BUSINESS ENTITY,ETAL;
UNION PACIFIC FRUELS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC FUELS,A BUSINESS ENTITY,ETAL;
UNION PACIFIC GAS CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK ACQUISITION CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK AND ASSOCIATES INC,A BUSINESS ENTITY,ETAL;
MCCORMICK ATEK INVESTMENTS,A BUSINESS ENTITY,ETAL;
MCCORMICK BROADCASTING CORPORATION,A BUSINESS ENTITY,ETAL;
MCCORMICK BROTHERS INNOVATIONS,A BUSINESS ENTITY,ETAL;
MCCORMICK CAPITAL INC,A BUSINESS ENTITY,ETAL;
MCCORMICK CAPITAL MANAGEMENT,A BUSINESS ENTITY,ETAL;
MCCORMICK AND COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK COMMUNICATIONS,A BUSI8NESS ENTITY,ETAL;
THE MCCORMICK AND COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK CONSULTING CREDIT,A BUSINESS ENTITY,ETAL;
MCCORMICK CREDIT,A BUSINESS ENTITY,ETAL;
MCCORMICK DELAWARE,A BUSINESS ENTITY,ETAL;
MCCORMICK DE PUERTO RICO,A BUSINESS ENTITY,ETAL;
MCCORMICK ENGINEERING COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK ENTERPRISES,A BUSINESS ENTITY,ETAL;
MCCORMICK ERECTERS,A BUSINESS ENTITY,ETAL;

MCCORMICK EXCO,A BUSINESS ENTITY,ETAL;
MCCORMICK EXECUTIVE SEARCH,A BUSINESS ENTITY,ETAL;
MCCORMICK EXPLORATION CORPORATION,A BUSINESS ENTITY,ETAL;
THE MCCORMICK FAMILY FOUNDATION,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY LIMITED PARTNERSHIP,A BUSINESS ENTITY,ETAL;
MCCORMICK FARMS LIMITED PARTNERSHIP,A BUSINESS ENTITY,ETAL;
MCCORMICK FREIGHT,A BUSINESS ENTITY,ETAL;
MCCORMICK FRESH HERBS,A BUSINESS ENTITY,ETAL;
MCCORMICK FUTURES INC,A BUSINESS ENTITY,ETAL;
MCCORMICK HOLDING COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK HOLDING,A BUSINESS ENTITY,ETAL;
MCCORMICK HOTEM VENTURE,A BUSINESS ENTITY,ETAL;
MCCORMICK INDUSTRIAL,A BUSINESS ENTITY,ETAL;
MCCORMICK INGREDIENTS EUROPE,A BUSINESS ENTITY,ETAL;
MCCORMICK INMAN COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK INTERNATIONAL INVESTMENTS LIMITED,A BUSINESS ENTITY,ETAL;
MCCORMICK/ INTERMARKET CRB ARBITRAGE FUND,A BUSINESS ENTITY,ETAL;
MCCORMICK INTERNATIONAL INVESTMENTS LIMITED,A BUSINESS ENTITY,ETAL;
MCCORMICK INVESTMENT COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK INVESTMENTS,A BUSINESS ENTITY,ETAL;
MCCORMICK LAND COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK LANDINGS,A BUSINESS ENTITY,ETAL;
MCCORMICK M AND A GROUP,A BUSINESS ENTITY,ETAL;
MCCORMICK MANAGEMENT,A BUSINESS ENTITY,ETAL;
MCCORMICK MASTER,A BUSINESS ENTITY,ETAL;
MCCORMICKMED/MIX BUSINESS TRUST ,A BUSINESS ENTITY,ETAL;
MCCORMICK MED/MIX BUSINESS TRUST 2 (TWO),A BUSINESS ENTITY,ETAL;
DVD,A BUSINESS ENTITY,ETAL;
UNIVERSAL STUDIOS,A BUSINESS ENTITY,ETAL;
UNIVERSAL,A BUSINESS ENTITY,ETAL;
NBC,A BUSINESS ENTITY,ETAL;
MSNBC,A BUSINESS ENTITY,ETAL;
WARNER BROTHERS,A BUSINESS ENTITY,ETAL;
20TH CENTURY FOX,A BUSINESS ENTITY,ETAL;
MCCORMICK PLACE,A BUSINESS ENTITY,ETAL;
COLUMBIA PICTURES,A BUSINESS ENTITY,ETAL;
HARVESTER TRUST,A BUSINESS ENTITY,ETAL;
NAVISTAR INTERNATIONAL CORPORATION,A BUSINESS ENTITY,ETAL;
ROBERT HALL MCCORMICK,A BUSINESS ENTITY,ETAL;
MCCORMICK COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK DISTILLING,A BUSINESS ENTITY,ETAL;
MCCORMICK CREDIT,A BUSINESS ENTITY,ETAL;
MCCORMICK TRACT,A BUSINESS ENTITY,ETAL;
MCCORMICK TRACT WILDERNESS,A BUSINESS ENTITY,ETAL;
GOLD COAST,A BUSINESS ENTITY,ETAL;
MCCORMICK,A BUSINESS ENTITY,ETAL;
CHASE MANHATTAN BANK,A BUSINESS ENTITY,ETAL;

CHASE BANK,A BUSINESS ENTITY,ETAL;
INTERNATIONAL TRUCKS,A BUSINESS ENTITY,ETAL;
NAVISTAR STREAMLINES,A BUSINESS ENTITY,ETAL;
INTERNATIONAL HARVESTER CREDIT CORPORATION,A BUSINESS ENTITY,ETAL;
IHCC,A BUSINESS ENTITY,ETAL;
FORTRESS LAKE,A BUSINESS ENTITY,ETAL;
SAINT JAMES FARM,A BUSINESS ENTITY,ETAL;
GEORGE ROCKEFELLER,A BUSINESS ENTITY,ETAL;
CHARLES E. SCHROEDER,A BUSINESS ENTITY,ETAL;
CHARLES E. SCHROEDER,AN INDIVIDUAL,ETAL;
RICHARD (CYPRUS) MCCORMICK,AN INDIVIDUAL,ETAL;
MCCORMICK TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK FAMILY TRUST,A BUSINESS ENTITY,ETAL;
WHITE DEER LAKE,A BUSINESS ENTITY,ETAL;
MCCORMICK MANSION,A BUSINESS ENTITY,ETAL;
MCCORMICK FARM,A BUSINESS ENTITY,ETAL;
HURON MOUNTAINS,A BUSINESS ENTITY,ETAL;
SAINT JAMES FARM,A BUSINESS ENTITY,ETAL;
SAINT JAMES FARM FOREST PRESERVE,A BUSINESS ENTITY,ETAL;
DU PAGE FOREST PRESERVES,A BUSINESS ENTITY,ETAL;
FOREST PRESERVE DISTRICT,A BUSINESS ENTITY,ETAL;
IC CORPORATION,A BUSINESS ENTITY,ETAL;
IC BUS,A BUSINESS ENTITY,ETAL;
NAVISTAR FINANCIAL CORPORATION,A BUSINESS ENTITY,ETAL;
NAVISTAR,A BUSINESS ENTITY,ETAL;
NAVISTAR FINANCIAL,A BUSINESS ENTITY,ETAL;
MCCORMICK GRAND CAMP,A BUSINESS ENTITY,ETAL;
ROBERT MCCORMICK (MANSION),AN INDIVIDUAL,ETAL;
MCCORMICK PLACE ,A BUSINESS ENTITY,ETAL;
MCCORMICK PLACE CONVENTION CENTER
HYATT REGENCY MCCORMICK PLACE ,A BUSINESS ENTITY,ETAL;
MCCORMICK VIRGINIA FARM,A BUSINESS ENTITY,ETAL;
HARVESTER TRUST,A BUSINESS ENTITY,ETAL;
MCCORMICK TRUST,A BUSINESS ENTITY,ETAL;
MILWAUKEE HARVESTER COMPANY ,A BUSINESS ENTITY,ETAL;
HVAC,A BUSINESS ENTITY,ETAL;
MCCORMICK INTERNATIONAL,A BUSINESS ENTITY,ETAL;
DEERE INCORPATED,A BUSINESS ENTITY,ETAL;
DEERE,A BUSINESS ENTITY,ETAL;
JOHN DEERE CREDIT SERVICES,A BUSINESS ENTITY,ETAL;
DEERE AND COMPANY,A BUSINESS ENTITY,ETAL;
JOHN DEERE INDUSTRIAL EQUIPMENT COMPANY,A BUSINESS ENTITY,ETAL;
ROCKEFELLER PLAZA,A BUSINESS ENTITY,ETAL;
ROCKEFELLER TRUST,A BUSINESS ENTITY,ETAL;
ROCKEFELLER FAMILY TRUST,A BUSINESS ENTITY,ETAL;
DEERING COMPANY,A BUSINESS ENTITY,ETAL;

HARVESTER,A BUSINESS ENTITY,ETAL;
INTERNATIONAL HARVESTER,A BUSINESS ENTITY,ETAL;
WARNER HOME VIDEO,A BUSINESS ENTITY,ETAL;
WARNER BROTHERS,A BUSINESS ENTITY,ETAL;
BANK ONE,A BUSINESS ENTITY,ETAL;
WASHINGTON MUTUAL BANK,A BUSINESS ENTITY,ETAL;
NEIL CREIGHTON,AN INDIVIDUAL,ETAL;
RICHARD A BEHRENHANSEN,AN INDIVIDUAL,ETAL;
CHARLES T BRUMBACK,AN INDIVIDUAL,ETAL;
STANTON R COOK,AN INDIVIDUAL,ETAL;
JAMES C DOWDLE,AN INDIVIDUAL,ETAL;
JACK FULLER,AN INDIVIDUAL,ETAL;
J NICHOLAS GOODBAN,AN INDIVIDUAL,ETAL;
JOHN W MADIGAN,AN INDIVIDUAL,ETAL;
LOUIS J MARSION JR,AN INDIVIDUAL,ETAL;
KEITH MCCORMICK,AN INDIVIDUAL,ETAL;
HOLLY W MADIGAN,AN INDIVIDUAL,ETAL;
MARK W MADIGAN,AN INDIVIDUAL,ETAL;
GRIFFITH W MADIGAN,AN INDIVIDUAL,ETAL;
MATHON OIL,A BUSINESS ENTITY,ETAL;
CONOCOPHILLIPS,A BUSINESS ENTITY,ETAL;
76,A BUSINESS ENTITY,ETAL;
UNION OIL COMPANY,A BUSINESS ENTITY,ETAL;
UNION 76,A BUSINESS ENTITY,ETAL;
UNIVERSAL STUDIOS,A BUSINESS ENTITY,ETAL;
WALT DISNEY,A BUSINESS ENTITY,ETAL;
DISNEY,A BUSINESS ENTITY,ETAL;
DISNEYLAND,A BUSINESS ENTITY,ETAL;
AOL,A BUSINESS ENTITY,ETAL;
AMERICAN ON LINE,A BUSINESS ENTITY,ETAL;
MICROSOFT,A BUSINESS ENTITY,ETAL;
MARION DEERING,AN INDIVIDUAL,ETAL;
JOHN DEERE,AN INDIVIDUAL,ETAL;
CHARLES DEERE,AN INDIVIDUAL,ETAL;
STEVEN C ROCKEFELLER,AN INDIVIDUAL,ETAL;
GEORGE ROCKEFELLER,AN INDIVIDUAL,ETAL;
ME DEERE-WIMAN,AN INDIVIDUAL,ETAL;
MR WIMAN,AN INDIVIDUAL,ETAL;
GEORGE MORGAN,AN INDIVIDUAL,ETAL;
THE MCCORMICK ESTATE,A BUSINESS ENTITY,ETAL;
MCCORMICK SPICES,A BUSINESS ENTITY,ETAL;
MCCORMICK AND COMPANY,A BUSINESS ENTITY,ETAL;
KERR COMPANY,A BUSINESS ENTITY,ETAL;
MCCORMICK REAL ESTATE PROPERTY,A BUSINESS ENTITY,ETAL;
MCCORMICK ENGINE,A BUSINESS ENTITY,ETAL;
MCCORMICK REAPER,A BUSINESS ENTITY,ETAL;

MCCORMICK INVESTIONS,A BUSINESS ENTITY,ETAL;
CHICAGO BEARS,A BUSINESS ENTITY,ETAL;
CHICAGO CUBS,A BUSINESS ENTITY,ETAL;
CHICAGO SPORTS,A BUSINESS ENTITY,ETAL;
CHICAGO TRIBUNE FOUNDATION,A BUSINESS ENTITY,ETAL;
CHICAGO NEWSPAPER,A BUSINESS ENTITY,ETAL;
SOUTHERN PACIFIC RAILROAD,A BUSINESS ENTITY,ETAL;
TRANSCONTINENTIAL RAILROAD,A BUSINESS ENTITY,ETAL;
SANTA FE RAILROAD,A BUSINESS ENTITY,ETAL;
THOMAS EDISON,A BUSINESS ENTITY,ETAL;
THOMAS EDISON AND COMPANY,A BUSINESS ENTITY,ETAL;
THOMAS EDISON,AN INDIVIDUAL,ETAL;
EDISON,A BUSINESS ENTITY,ETAL;
SOUTHERN PACIFIC EDISON COMPANY,A BUSINESS ENTITY,ETAL;
GENERAL ELECTRIC,A BUSINESS ENTITY,ETAL;
EXXON OIL CORPOATION,A BUSINESS ENTITY,ETAL;
GETTY OIL CORPORATION,A BUSINESS ENTITY,ETAL;
CHASE,A BUSINESS ENTITY,ETAL;
CHASE BANK,A BUSINESS ENTITY,ETAL;
J P MORGAN CHASE BANK,A BUSINESS ENTITY,ETAL;
J P MORGAN,AN INDIVIDUAL,ETAL;
CHAUNCEY MCCORMICK,AN INDIVIDUAL,ETAL;
BROOKS MCCORMICK,AN INDIVIDUAL,ETAL;
CHEVON OIL CORPORATION,A BUSINESS ENTITY,ETAL;
CHEVON OIL,A BUSINESS ENTITY,ETAL;
STANDARD OIL TRUST,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF NEW JERSEY,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF NEW YORK,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF CALIFORNIA,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF ATLANTIC,A BUSINESS ENTITY, ETAL;
STANDARD OIL COMPANY OF KENTUCY,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF OHIO,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF IOWA,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF MINNESOTA,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF ILLINOIS,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF KANSAS,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF MISSOURI,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF LOUISIANA,A BUSINESS ENTITY, ETAL;
CONTINENTAL OIL COMPANY OF BRAZIL,A BUSINESS ENTITY, ETAL;
ANGLO-AMERICAN OIL COMPANY,A BUSINESS ENTITY, ETAL;
BUCKEYE PIPELINE COMPANY,A BUSINESS ENTITY, ETAL;
BORNE - SCRYMER COMPANY,A BUSINESS ENTITY, ETAL:
CHEISEBOUGH MANUFACTURY,A BUSINESS ENTITY, ETAL;
COLONIAL OIL,A BUSINESS ENTITY, ETAL;

CRESCENT PIPELINE COMPANY,A BUSINESS ENTITY, ETAL;
SOLAR REFINING,A BUSINESS ENTITY, ETAL;
SOUTHERN PIPLINE COMPANY,A BUSINESS ENTITY, ETAL;
SOUTH PENN OIL COMPANY,A BUSINESS ENTITY, ETAL;
PENNZOIL,A BUSINESS ENTITY, ETAL;
IMPERIAL OIL,A BUSINESS ENTITY, ETAL;
EXXON MOBIL,A BUSINESS ENTITY, ETAL;
EXXON,A BUSINESS ENTITY, ETAL;
SOCONY,A BUSINESS ENTITY, ETAL;
VACUUM,A BUSINESS ENTITY, ETAL;
CHEVRON,A BUSINESS ENTITY, ETAL;
TEXACO,A BUSINESS ENTITY, ETAL;
CHEVRON - TEXACO,A BUSINESS ENTITY, ETAL;
STANOLIND,A BUSINESS ENTITY, ETAL;
AMOCO,A BUSINESS ENTITY, ETAL;
BP,A BUSINESS ENTITY, ETAL;
RICHFIELD,A BUSINESS ENTITY, ETAL:
RICHFIELD - ATLANTIC,A BUSINESS ENTITY, ETAL;
RICHFIELD - ALTANTIC RICHFIELD,A BUSINESS ENTITY,ETAL;
ARCO,A BUSINESS ENTITY, ETAL;
SUNOCO,A BUSINESS ENTITY, ETAL;
CONOCO,A BUSINESS ENTITY, ETAL;
CONOCO PHILLIPS,A BUSINESS ENTITY, ETAL;
SHELL,A BUSINESS ENTITY, ETAL;
MAATHON OIL,A BUSINESS ENTITY, ETAL;
ESSO (UNITED KINDOM),A BUSINESS ENTITY, ETAL;
ESSO UK (UNITED KINGDOM),A BUSINESS ENTITY, ETAL;
JERSEY STANDARD,A BUSINESS ENTITY, ETAL;
CUMBERLAND PIPE LINE,A BUSINESS ENTITY, ETAL;
EUREKA,A BUSINESS ENTITY, ETAL;
GALENA SIGNAL OIL,A BUSINESS ENTITY, ETAL;
INDIANA PIPE LINE,A BUSINESS ENTITY, ETAL;
NATIONAL TRANSIT COMPANY,A BUSINESS ENTITY, ETAL;
NEW YORK TRANSIT COMPANY,A BUSINESS ENTITY, ETAL;
NORTHERN PIP LINE COMPANY,A BUSINESS ENTITY, ETAL;
PRAIRIE OIL AND GAS,A BUSINESS ENTITY, ETAL;
GENERAL ELECTRIC,A BUSINESS ENTITY, ETAL;
GE,A BUSINESS ENTITY,ETAL;

JURISDICTION (CHECK ALL THAT APPLY)
CASE NUMBER
XXX   ACTION IS AN UNLIMITED CIVIL CASE  (EXCEEDS $25,000)

1. PLAINTIFF  (name or names):   JO ANNA CANZONERI

alleges causes of action against defendant (name or names) *Tribune Company*

2. This pleading, including attachments and exhibits, consists of the following number of pages
*(See Attached Exhibits A, B, C, D, E, F, G, H, I, J, K and L attached hereto and made a part hereof)*

........ a. Each plaintiff named above is a competent adult
........    Except plaintiff (name)
           (1)    A corporation qualified to do business in
           (2)    An unincorporated entity (describe)
           (3)    Other (specify)

3. Plaintiff (name)

   a.    Has complied with the fictious business name laws and is doing business under the
         fictitious  name (specify)

   b.    Has complied with all licensing requirements as a licensed (specify)

   c.    Information about additional plaintiffs who are not competent adults is shown in Attachment 3c

4.   Each defendant named above is a natural person

XX Except defendant (name)
   (1)   A business organization, form unknown
      (2)   A corporation
      (3)   An unincorporated entity (describe)
      (4)   A public entity (describe)
      (5)   Other (specify)

Except defendant (name)
   (1)   A business organization, form unknown
   (2)   A corporation
   (3)   An unincorporated entity (describe)
   (4)   A public entity (describe)
   (5)   Other (specify)

Except defendant (name)
   (1)   A business organization, form unknown
      (2)   A corporation
      (3)   An unincorporated entity (describe)
      (4)   A public entity (describe)
      (5)   Other (specify)

Except defendant (name)
   (1)   A business organization, form unknown
   (2)   A corporation
   (3)   An unincorporated entity (describe)
   (4)   A public entity (describe)
   (5)   Other (specify)

| ATTACHMENTS | Page | of | pages |

Each defendant named above is a natural person
except defendant (name)                    except defendant (name)

Barbara McCormick Blair    Brooks McCormick

(1) a business organization, form unknown    (1) a business organization, form unknown
(2) a corporation                            (2) a corporation
(3) an unincorporated entity (describe)       (3) an unincorporated entity (describe)
(4) a public entity (describe)                (4) a public entity (describe)
(5) other (specify)                           (5) other (specify)

Each defendant named above is a natural person
except defendant (name)                    except defendant (name)

Richard McCormick         Allen McCormick

(1) a business organization, form unknown    (1) a business organization, form unknown
(2) a corporation                            (2) a corporation
(3) an unincorporated entity (describe)       (3) an unincorporated entity (describe)
(4) a public entity (describe)                (4) a public entity (describe)
(5) other (specify)                           (5) other (specify)

Each defendant named above is a natural person
except defendant (name)                    except defendant (name)

Charles Scheider

(1) a business organization, form unknown    (1) a business organization, form unknown
(2) a corporation                            (2) a corporation
(3) an unincorporated entity (describe)       (3) an unincorporated entity (describe)
(4) a public entity (describe)                (4) a public entity (describe)
(5) other (specify)                           (5) other (specify)

Each defendant named above is a natural person
except defendant (name)                    except defendant (name)

(1) a business organization, form unknown    (1) a business organization, form unknown
(2) a corporation                            (2) a corporation
(3) an unincorporated entity (describe)       (3) an unincorporated entity (describe)
(4) a public entity (describe)                (4) a public entity (describe)
(5) other (specify)                           (5) other (specify)

SHORT TITLE:   JO ANNA CANZONERI                    CASE NUMBER

4.  (CONTINUED)
   b.   The true names of defendants sued as Does are unknown to plaintiff,
   XX  (1)  Doe Defendants (specify DOE numbers):   were the agents or employees of the
            named defendants and acted within the scope of that agency or employment.

   XX  (2)  Doe defendants (specify DOE numbers):   are persons whose capacities are
            unknown to Plaintiff.
   c.   Information about additional defendants who are not natural persons is contained in
        Attachment
   d.   Defendants who are joined under Code of Civil Procedure section  XXXX  are (names)

5.  Plaintiff is required to comply with a claims statute, and
   XX  a.   has complied with applicable claims statutes, or
   XX  b.   is excused from complying because (specify)

6. X  This action is subject to   Civil Code section XXX   Civil Code section  XXX

7.  This court is the proper court because
      a   a defendant entered into the contract here.
   X  b   a defendant lived here when the contract was entered into.
   X  c.  a defendant lives here now
   X  d.  the contract was to be performed here.
   X  e.  a defendant is a corporation or unincorporated association and its principal place of business
          is here.
   X  f.  real property that is the subject of this action is located here.
      g   other (specify)

8.  The following causes of action are attached and the statements above apply to each (each complaint
    must have one or more causes of action attached):

   XXX  Breach of Contract            XX   GENERAL NEGLIGENCE

   XXX  Other (specify) FRAUD

   XXX  INTENTIONAL TORT
9.  Other allegations  (See Attached Exhibit A, B, C, D, E, F, G, H, I, J, K and L attached hereto and made a part hereof)
10.  Plaintiff prays for judgement for costs of suit; for such relief as is fair, just, and equitable; and for
   XX  a.   Damages of $  UNKNOWN AT THIS TIME
   XX  b.  Interest on the damages  UNKNOWN AT THIS TIME
            According to proof  UNKNOWN AT THIS TIME
            At the rate of (specify)        percent per year from (date):
   XX  c.  Attorney fees
            (1)  Of $  UNKNOWN AT THIS TIME
            (2)  According to proof  UNKNOWN AT THIS TIME
   XX  d.. Other (specify) COMPENSATORY, CONSEQUENTIAL AND PUNITIVE DAMAGES

11.  The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph
     numbers):  8/03/2011
DATE                                          Jo Ann Canzoneri McCosh
JO ANNA CANZONERI                              JO ANNA CANZONERI

# COUNT ONE (1)    BREACH OF CONTRACT

Plaintiff  JO ANNA CANZONERI  alleges that on or about (date)

MAY 01, 2004  and at various times thereafter  written and oral

agreements was made between the PLAINTIFF AND DEFENDANTS

A copy of the agreement  will be provided when requested or

suproed

The essential terms of the  ORAL AND WRITEN AGREEMENTS are

stated on or about May 01, 2004

On or about (dates)  May 01, 2004 and at various times

Thereafter the Defendants and each one of them breached the ORAL

AND WRITTEN AGREEMENTS.   Plaintiff  has performed all obligations

to defendants except those obligations plaintiff was prevented or

excused from performing.

Plaintiff suffered damages legally (proximately) caused by

defendant's BREACH OF THE ORAL AND WRITTEN AGREEMENTS

Plaintiff is entitled to attorney fees by an agreement or a

STATE STATUTE, STATUTE OR STATUE OF FRAUD  of  $ UNKNOWN AT THIS

TIME AND ACCORDING TO PROOF

(See attached Exhibit A, B, C, D, E, F, G, H, I, J, K and L Attached hereto and
made a part hereof)

# COUNT  TWO  (2)  GENERAL NEGLIGENCE

Plaintiff  Alleges that defendantS and each one of them

was the legal (proximate) cause of damages to plaintiff.  By the

following acts or omissions to act, defendants and each one of them

negligently caused the damage to plaintiff

On or ABOUT MAY 01, 2004  and at various times thereafter

(See attached Exhibit A, B, C, D, E, F, G, H, I, J, K and L attached
hereto and  made a part hereof)

# COUNT THREE (3) INTENTIONAL TORT

Plaintiff        JO ANNA CANZONERI    Alleges that defendants

and  each one of them was the legal (proximate) cause of damages to

plaintiff.  By the following acts or omissions to act, defendant

intentionally caused the damage to plaintiff

On (date): ON OR ABOUT MAY 01, 2004 and at various times

thereafter (see attached Exhibit A, B, C, D, E, F, G, H,
I, J, K and L attached hereto and made a part hereof

# COUNT FOUR (4) FRAUD

Plaintiff        JO ANNA CANZONERI    Alleges that defendants

and each one of them

On or about  MAY 01, 2004  and at various timers thereafter

defrauded plaintiff as follows:

The Defendants and each one of them  Intentional or Negligent

Misrepresentation of the material fact.  These representations

were in fact false and not the  truth

When defendants and each one of them  made the representations

them knew they were false

Defendants and each one of them made the representations with

the intent to defraud and induce plaintiff to act  at the time

plaintiff acted, plaintiff did not know the representations were

false and believed they were true.  Plaintiff acted in justifiable

reliance upon the truth of the representations.

The  Defendants and each one of them  concealed or suppressed

material facts

Continue Count Four (4) FRAUD

The Defendants and each one of them  concealed or suppressed material facts when in fact the

Defendants and each one of them  was bound to disclose.  By telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed  or  suppressed facts

Defendants and each one of them  concealed or suppressed these facts with the intent to defraud and induce plaintiff to act

At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed  facts and would not have taken the action if plaintiff had known the facts.

A  PROMISE WITHOUT INTENT TO PERFORM  the Defendants and each one of them

Defendants made a promise about a material matter without any intention of performing it

Defendants and each one of them promise without any intention of performance was made with the intent to defraud and induce Plaintiff to rely upon it and to

At the time plaintiff acted, plaintiff was unaware of Defendants and each one of them intention not to perform the promise.  Plaintiff acted in justifiable reliance upon the promise.

In justifiable reliance upon defendants and each one of them defendants conduct, plaintiff was induced to act.  Because of plaintiff's reliance upon defendants and each one of them conduct, plaintiff has been damaged

(see attached Exhibit A, B, C, D, E, F, G, H, I, J, K and L attached hereto and made a part hereof)

## EXHIBIT "A"

**(SEE ATTACHED PAGE   OF   PAGES ATTACHED HERETO AND MADE A PART HEREOF)**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts that defendants and each one of them were fully respondsable for the ENTERING THE PROBATE IN THE WRONG COURT DUE TO
THE FACT THAT CYPRUS HALL MCCORMICK PURCHASED THE TRIBUNE COMPANY AND THE
EXISTING OPENED PROBATE HAS BEEN ADMINISTRATED FOR THREE (3) CENTURYS IN THE
COOK COUNTY COURT OF CHICAGO ILLINOIS


Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
That Robert Rutherford McCormick personally did not own the Tribune Company but may have and interest
(an interest is unknown at this time) into the ESTATE OF MCCORMICK AND OR MCCORMICK FAMILY TRUST

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**ROBERT RUTHERFORD MCCORMICK PERSONALLY WAS NOT A DIRECT BLOOD HEIR TO THE ESTATE**

**Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to**
**ROBERT RUTHERFORD MCCORMICK personally can give anything away like in a will but that does not state that he (Robert Rutherford McCormick) personally own the Tribune Company**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
the Probate Court failed to Administator  the Estate of Robert Rutherford McCormick

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
Related forms for Probate Court

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
Petition to Appoint Administrator

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
Cyprus Hall McCormick purchase of the Tribune Company and the Estate or Probate Estate Court was Cook County Chicago, Illinois which is an existing and opened probate case

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
transfer the probate case to Cook county court house in **Chicago Illinois**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
the Probate Court failed to Administrator the Estate of Robert Rutherford McCormick

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Related forms for Probate Court**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An investigation upon the Death of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An investigation of the Last Will and Testament of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An Appearance on a Proof of a Will and entering into the wrong**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
the Probate Court failed to Administator the Estate of Robert Rutherford McCormick

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Related forms for Probate Court**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
Petition to Appoint Administrator

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Cyprus Hall McCormick purchase of the Tribune Company and the Estate or Probate Estate Court was Cook County Chicago, Illinois which is an existing and opened probate case**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An investigation upon the Death of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An investigation of the Last Will and Testament of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An Appearance on a Proof of a Will and entering into the wrong Probate Court the Last Will and Testament of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An Investigation of an Appearance on a Proof of a Will**

**Probate Court the Last Will and Testament of**
**Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
**An Investigation of an Appearance on a Proof of a Will**
**Plaintiffs alleges that Defendants and each one of them failed t**
**Chart of Heirship and Affidavit of Heirship**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
**Claim of Notice**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
**Order Admitting the Will into Probate and Appointing Representation**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
the Probate Court failed to Administator  the Estate of Robert Rutherford McCormick

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
Related forms for Probate Court

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
Petition to Appoint Administrator

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
Cyprus Hall McCormick purchase of the Tribune Company
and the Estate or Probate Estate Court was Cook County
Chicago, Illinois which is an existing and opened probate
case

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
transfer the probate case to Cook county court house in **Chicago**
**Illinois**

**Plaintiffs alleges that Defendants and each one of them failed t
Chart of Heirship and Affidavit of Heirship**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
**Claim of Notice**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
**Order Admitting the Will into Probate and Appointing Representation**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
the Probate Court failed to Administator the Estate of Robert Rutherford McCormick

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
Related forms for Probate Court

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
Petition to Appoint Administrator

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
Cyprus Hall McCormick purchase of the Tribune Company
and the Estate or Probate Estate Court was Cook County
Chicago, Illinois which is an existing and opened probate
case

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
transfer the probate case to Cook county court house in **Chicago
Illinois**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the
facts they were fully respondsable to
the Probate Court failed to Administator the Estate of Robert Rutherford McCormick

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Related forms for Probate Court**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
Petition to Appoint Administrator

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Cyprus Hall McCormick purchase of the Tribune Company and the Estate or Probate Estate Court was Cook County Chicago, Illinois which is an existing and opened probate case**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An investigation upon the Death of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An investigation of the Last Will and Testament of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
facts that defendants and each one of them were fully respondsable for the
**An Appearance on a Proof of a Will and entering into the wrong Probate Court the Last Will and Testament of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An Investigation of an Appearance on a Proof of a Will**
**Plaintiffs alleges that Defendants and each one of them failed t**
**Chart of Heirship and Affidavit of Heirship**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Claim of Notice**



Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Order Admitting the Will into Probate and Appointing Representation**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
the Probate Court failed to appoint a Administator  the Estate of Robert Rutherford McCormick

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Related forms for Probate Cour**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
Petition to Appoint Administrator

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Cyprus Hall McCormick purchase of the Tribune Company
and the Estate or Probate Estate Court was Cook County
Chicago, Illinois which is an existing and opened probate
case**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**transfer the probate case to Cook county court house in Chicago
Illinois**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
the Probate Court failed to Administator  the Estate of Robert Rutherford McCormick

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Related forms for Probate Court**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to Petition to Appoint Administrator

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Cyprus Hall McCormick purchase of the Tribune Company and the Estate or Probate Estate Court was Cook County Chicago, Illinois which is an existing and opened probate case**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An investigation upon the Death of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An investigation of the Last Will and Testament of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An Appearance on a Proof of a Will and entering into the wrong Probate Court the Last Will and Testament of Robert Rutherford McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**An Investigation of an Appearance on a Proof of a Will Plaintiffs alleges that Defendants and each one of them failed t Chart of Heirship and Affidavit of Heirship**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Claim of Notice**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Order Admitting the Will into Probate and Appointing Representation**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Order Declaring Heirship**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Petition for Probate of a Will and for Letters of Testamentary**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Waiver of Notice**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Intestate Forms**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Appearance for Letters of Administration**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**Chain of Heir, Heirship,Trustees, Beneficiaries and owners of the Estate of Robert Rutherford McCormick and or Estate of McCormick**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to
**concealed and faired to inform and advise the Heir, Heirship,Trustees, Beneficiaries and owners by certified mail, regular mail, fed express mail, western union mail and or in person.**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts that defendants and each one of them were fully respondsable  that the Attorneys, Trustees and Administrators employed for the  MCCORMICK FAMILY TRUST AND THE ROCKEFELLER FAMILY TRUST  personal respondsablty to FOR PROTECTING ANY AND ALL REAL ESTATE PROPERTY, PERSONAL PROPERTY, MONEY, FUNDS, ASSETS, INVESTMENTS, STOCKS, BONDS. TREASURY BILLS OF THE ESTATE OF CYPRUS HALL MCCORMICK AND OR  MCCORMICK ESTATES.

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts
**ROBERT RUTHERFORD MCCORMICK PERSONALLY WAS PAID EMPLOYEE AND NEPHEW (NOT A DIRECT BLOOD HEIR)**

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts

RICHARD A BEHRENHAUREN, CHARLES T BRUMBACK, STANTON R COOK, NEAL CREIGHTON, JAMES C

DOWDLE, JACK FULLER,  NICHOLAS GOODBAN, JOHN W MADIGAN AND LOUIS J MARSICO PERSONALLY

ALL WORKED TOGETHER AS PAID EMPLOYEES  AT THE CHICAGO TRIBUNE COMPANY DBA TRIBUNE COMPANY

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**
**ROBERT RUTHERFORD MCCORMICK PERSONALLY WAS PAID**
**EMPLOYEE AND NEPHEW (NOT A DIRECT BLOOD HEIR)**

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**
RICHARD A BEHRENHAUREN, CHARLES T BRUMBACK, STANTON R COOK, NEAL CREIGHTON, JAMES C DOWDLE, JACK FULLER, NICHOLAS GOODBAN, JOHN W MADIGAN AND LOUIS J MARSICO PERSONALLY ALL WORKED TOGETHER AS PAID EMPLOYEES AT THE CHICAGO TRIBUNE COMPANY DBA TRIBUNE COMPANY PERSONALLY CONSPIRED TO COMMIT FRAUD UPON THE DEATH OF ROBERT RUTHERFORD MCCORMICK

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts FILING THE PROBATE CASE OF ROBERT RUTHERFORD MCCORMICK INTO THE WRONG COUNTY COURTHOUSE

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts ADMINISTRATING AN ESTATE THAT WITH OUT THE TRUE DIRECT BLOOD HEIR

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**
HAVING KNOWLEDGE THAT ROBERT RUTHERFORD MCCORMICK PERSONALLY DID NOT PURCHASE THE TRIBUNE COMPANY WITH HIS (ROBERT RUTHERFORD MCCORMICK) PRIVATE FUNDS OR PRIVATE MONEY

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts THE EXECUTIVES, TRUSTEES AND ATTORNEY PERSONALLY NOT CONTACTING THE DIRECT BLOOD HEIRS

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**
THAT THE LAST WILL AND TESTAMENT OF THE LATE ROBERT RUTHERFORD MCCORMICK PERSONAL PROBATE WILL THE SIGNATURE WAS FORGED BY THE FOLLOWING PERSONS RICHARD A BEHRENHAUREN, CHARLES T BRUMBACK, STANTON R COOK, NEAL CREIGHTON, JAMES C DOWDLE, JACK FULLER, J NICHOLAS GOODBAN, JOHN W MADIGAN AND LOUIS J MARSICO PERSONALLY ALL WORKED TOGETHER

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts RICHARD A BEHRENHAUREN, CHARLES T BRUMBACK, STANTON R COOK, NEAL CREIGHTON, JAMES C DOWDLE, JACK FULLER, J NICHOLAS GOODBAN, JOHN W MADIGAN AND LOUIS J MARSICO PERSONALLY ALL WORKED TOGETHER PERSONALLY WILLINGLY CONSPIRED TO STELL, FORGE AND ROB THE ESTATE AND THE REAL AND PERSONAL PROPERTY OF WHAT THE LATE ROBERT RUTHERFORD MCCORMICK MAY HAVE OWNED

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts THE LAST WILL AND TESTAMENT PERSONAL SIGNATURE WAS FORGED ON THE LEGAL DOCUMENT OF THE LAST WILL AND TESTAMENT OF ROBERT RUTHERFORD MCCORMICK

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts THE REAL ESTATE PROPERTY AND PERSONAL PROPERTY PERSONALLY ROBBED FROM THE DIRECT BLOOD HEIRS

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**

THE CHICAGO TRIBUNE DBA THE TRIBUNE COMPANY ROBBED BECAUSE IT WAS PURCHASEDBY CYRUS HALL MCCORMICK SENIOR AND UPON THE DEATH OF CYRUS HALL MCCORMICKIT WAS PASSED (UPON THE DEATH OF CYRUS HALL MCCORMICK SENIOR) DOWN TO THE GRANDSON WHO WAS CYRUS HALL MCCORMICK III (THE THIRD)

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts **THE CHICAGO TRIBUNE DBA THE TRIBUNE COMPANY PERSONALLY** MOVED ALL ASSETS FROM THE TRIBUNE COMPANY AND FORMED THE MCCORMICK FOUNDATION

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts **THE TRIBUNE COMPANY AND THEN THE ROBERT RUTHERFORD MCCORMICK FOUDNATION ASSETS AND MONEY REAL AND PERSONAL PROPERTY**

Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts **THEY TOOK THE TRIBUNE COMPANY PERSONALLY SOLD FRAUD STOCK, FRAUD STOCK CERTIFICATES OR FRAUD STOCK SHARES**

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**

THE TRIBUNE COMPANY WAS PURCHASED BY CYPRUS HALL MCCORMICK IN 1861 CYPRUS HALL MCCORMICK PERSONALLY WAS THE SOLE OWNER (100 PERCENT OWNER)

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**

ROBERT RUTHERFORD MCCORMICK PERSONALLY CAN WILL ANYTHING TO ANYONE DOES NOT MEAN HE (ROBERT RUTHERFORD MCCORMICK) OWED IT OR MAY HAVE OR MAY NOT HAVE HAD AN INTEREST IN THE PROPERTY

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**

ROBERT RUTHERFORD MCCORMICK PERSONALLY ONLY PAID $2,000.00 TO INCORPORATE THE TRIBUNE COMPANY

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**

ROBERT RUTHERFORD MCCORMICK PERSONALLY WAS A NEPHEW NOT A' DIRECT HEIR AS MOTHER, FATHER, SISTER, BROTHER OR GRANDCHILD

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**

CYPRUS HALL MCCORMICK PERSONALLY PRIVATELY OWNED OPERATED SUPERVISED AND MANAGED THE ASSETS, FUNDS, PROPERTY, BUSINESSES AND THE DIRECT HEIRS AND FAMILY MEMBERS HELP RAN THE BUSINESSES HOLDING TITLE AS VICE PRESIDENTS, MANAGERS, PRESIDENTS AND SUPERVISORS FOR THE ESTATE OF THE MCCORMICK FOR 300 YEARS GENATATION

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts**

THE ESTATE OF ROBERT RUTHERFORD MCCORMICK LAST WILL AND TESTAMENT
COULD BE FILED IN ANY COUNTY UPON HIS DEATH BUT THE TRIBUNE COMPANY
SHOULD HAVE BEEN TRANSFERED OR CHANGE OF VENUE WITH THE COUNTY OF
COOK IN CHICAGO ILLINOIS BECAUSE OF THE PURCHASE AND SALE OF CYPRUS HALL
MCCORMICK AND THE TRIBUNE COMPANY ON GOING OPENED ESTATE

## Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts

ROBERT RUTHERFORD MCCORMICK PERSONALLY WAS NOT A DIRECT HEIR
TO THE TRIBUNE COMPANY AND UPON HIS DEATH THE INDIVIDUALS TOOK
THE TRIBUNE ASSETS AND MONEY AND FORMED THE ROBERT RUTHERFORD MCCORMICK
FOUNDATION.  ALSO THE TRIBUNE COMPANY PERSONALLY ASSETS WERE     STOLEN FROM THE DIRECT
## HEIRS TO THE ESTATE OF MCCORMICK

## Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts

ROBERT RUTHERFORD MCCORMICK PERSONALLY WAS AN EXECUTIVE AND OR
MANAGER OF THE CHICAGO TRIBUNE COMPANY

## Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts

I personally further REQUEST THE HONORABLE JUDGE AT THE COURT TO OPEN,REOPEN SET
ASIDE AND REVENSE THE PROBATE COURT ORDER AND THE BANKRUPTCY COURT ORDER
CASE AND REVENSE THE SALE  CONTRACTS ON ALL OF THE REAL ESTATE PROPERTY AND
PERSONAL PROPERTY AND ALL SUBSIDARIES (INVESTMENT COMPANIES PAID BY THE
ASSETS, WEALTH, MONEY OF THE INVENTION OF THE REAPER,TRIBUNE COMPANY AND
ANY OF TRUSTS AS FOLLOWING
FROM RICHARD A BEHRENHAUREN, CHARLES T BRUMBACK, STANTON R COOK, NEAL CREIGHTON, JAMES C
DOWDLE, JACK FULLER, J NICHOLAS GOODBAN, JOHN W MADIGAN AND LOUIS J MARSICO SALE CONTRACT
TO SAMUEL ZELL AND SALES CONTRACT FROM SAMUEL ZELL TO THE RICKETTS FAMILY   ALONG WITH
THE SALE CONTRACTS OF THE CHICAGO CUBS TOOALSO I personally further REQUEST THE HONORABLE
JUDGE AT THE COURT TO OPEN,REOPEN SET ASIDE AND REVENSE THE PROBATE COURT CASES OF CYRUS
HALL MCCORMICK SENIOR,CYRUS HALL MCCORMICK II AND CYRUS HALL MCCORMICK III  ALONG WITH A
COURT APPOINTED ADMINISTRATOR TO SEIZED ALL ASSETS,REAL ESTATE PROPERTY AND BUSINESSES
FULLY OWNED BY THE ROBERT RUTHERFORD MCCORMICK, MARYLAND MCCORMICK, MCCORMICK TRUST,
CYRUS HALL MCCORMICK'S TOO

## Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts

I personally REQUEST TO OPEN, RE-OPEN , SET ASIDE AND REVENSE THE WILLS OR THE LAST
WILL AND TESTAMENT IS A FRAUD WILL AND FORGED SIGNATURE OF THE ESTATE OF THE LATE
ROBERT RUTHERFORD MCCORMICK PERSONAL WILL.  ALSO THAT AFTER THE DEATH OF
ROBERT RUTHERFORD MCCORMICK PERSONAL WILL MAY HAVE GIVEN REAL AND PERSONAL
PROPERTY TO HIS (ROBERT RUTHERFORD MCCORMICK) WIFE MARYLAND MCCORMICK
PERSONAL LAST WILL AND TESTAMENT WOULD THEN BE A FRAUD BECAUSE THE
LAST WILL AND TESTAMENT OF ROBERT RUTHERFORD MCCORMICK PERSONALLY
GIVEN, PASS DOWN AND  WILLED TO HIS (ROBERT RUTHERFORD MCCORMICK) WIFE MARYLAND

## Plaintiffs alleges that Defendants and each one of them intentional, maliciously, failed, ignored, concealed, the facts

THAT AN FULL INVESTIGATION ON THE DEATH OF THE LATE ROBERT RUTHERFORD
MCCORMICK

Plaintiffs alleges that Defendants and each one of them intentional, maliciously,  failed, ignored, concealed, the facts

THAT All of the HEIRS assets AFTER THE DEATH WERE ALL carried from one generation to another generation FOR 300 YEARS THAT THE MCCORMICK ASSETS, WEALTH, MONEY, INSURANCE, INVESTMENTS,STOCKS, BONDS, BANK ACCOUNTS, FUNDS, REAL ESTATE PROPERTY AND PERSONAL PROPERTY

Plaintiffs alleges that Defendants and each one of them intentional, maliciously,  failed, ignored, concealed, the facts  ALL DIRECT BLOOD HEIRS OR HEIRS ARE ENTIRED TO RECEIVE A HOLE ESTATE and/OR A PORTION OF AN ESTATE.

Plaintiffs alleges that Defendants and each one of them intentional, maliciously,  failed, ignored, concealed, the facts  ALL BLOOD HEIRS TO AN ESTATE ARE FATHER, MOTHER,SON, DAUGHTER AND IF NOT THE HEIRS OF ESTATE WOULD FOLLOW THE CHAIN OF THE FAMILY TREE WHICH WOULD BE GRANDMOTHER,GRANDFATHER, AUNT, UNCLE OR COUSIN

**Plaintiffs alleges that Defendants and each one of them intentional, maliciously,  failed, ignored, concealed, the facts** AN ESTATE CAN BE WILL TO A NON BLOOD RELATIVE. ROBERT HALL MCCORMICK WISHES BEFORE DEATH THAT ALL HIS WEALTH ASSETS MONEY AND RICHES FROM THE INVENTION OF THE REAPER WAS TO GO TO ALL HIS OR HER DIRECT FAMILY MEMBERS

Plaintiffs alleges that Defendants and each one of them intentional, maliciously,  failed, ignored, concealed, the facts THE LAST WILL AND TESTAMENT OF THE LATE ESTATE OF ROBERT RUTHERFORD MCCORMICK PERSONALLY WAS A FRAUD WILL AND THE INDIVIDUALS FORGED HIS (ROBERT RUTHERFORD MCCORMICK) SIGNATURE ON HIS (ROBERT RUTHERFORD MCCORMICK) PERSONAL WILL THE LEGAL DOCUMENT OF THE LAST WILL AND TESTAMENT WAS A FRUAD AND FORGED SIGNTURE TO ROB ALL THE REAL AND PERSONAL PROPERTY OF THE ESTATE FROM ALL DIRECT BLOOD HEIRS

Robert Rutherford McCormick personally was murdered

**(SEE ATTACHED PAGE   OF    PAGES ATTACHED HERETO AND MADE A PART HEREOF)**

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to *the reckless of the Administration of the McCormick Family Trust*

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to *the reckless of the Administration of the Rockefeller Family Trust*

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully responsable to *reckless of the courts*

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to *Robert Rutherford McCormick personally did not own the Tribune*

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to *The Tribune was privately owned company*

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to *The Tribune contracts are Fraud and the incorporate because the owner Cyprus Hall McCormick did not sign the documets*

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to *all contracts are invalid and void making all contracts Fraud*

Plaintiffs alleges that Defendants and each one of them failed, ignored, concealed the facts they were fully respondsable to *Tribune was owned by Cyprus Hall McCormick and passed down upon death to his grandson Cyprus Hall McCormick III*